1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| THEODORE HEINEMANN, | Case No. 12-cv-02469 NC |
|---|---|
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| M. WILLIAMS, | Re: Dkt. No. 6 |
| Defendant. | |

Plaintiff Heinemann moves for summary judgment, arguing that defendant Williams has not filed an answer to the complaint in accordance with the requirements of Federal Rule of Civil Procedure 12(a). There is no evidence on the record, however, that Williams has been served with the summons and a copy of the complaint. For this reason, the motion is DENIED WITHOUT PREJUDICE. Because Heinemann has been authorized by this court to proceed in forma pauperis, the court orders that service of the complaint and summons be made by a United States Marshal in accordance with Federal Rule of Civil Procedure 4(c)(3).

The court encourages Heinemann to seek the assistance of the Federal Pro Bono Project's Legal Help Center in prosecuting this case. The Legal Help Center can be reached at (415) 782-9000, extension 8657, and it is located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California  94127.

Case No. 12-cv-02469 NC
ORDER DENYING MOTION
FOR SUMMARY JUDGMENT

1       IT IS SO ORDERED.

2   Date: July 2, 2012

                                    Nathanael M. Cousins
3                                     United States Magistrate Judge

28   Case No. 12-cv-02469 NC
      ORDER DENYING MOTION     2
      FOR SUMMARY JUDGMENT